## 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

In re Rosanna Banda,                             * Original Mandamus Proceeding

No. 11-13-00355-CV                             * December 13, 2013

                                                          * Per Curiam Memorandum Opinion
                                                             (Panel consists of: Wright, C.J.,
                                                             Willson, J., and Bailey, J.)

This court has considered relator's petition for writ of mandamus and concludes that the writ of mandamus should be conditionally granted. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is conditionally granted. The Honorable Judge Aleta Hacker is directed to vacate her order of November 8, 2013, and to dismiss the underlying proceeding without prejudice as required by Section 263.401 of the Family Code. A writ of mandamus will issue only if Judge Hacker fails to act by January 10, 2014.